**Kanti GALA, an individual; et al., Plaintiffs–counter–defendants–Appellants,**

v.

**William B. BRITT, an individual; et al., Defendants–counter–claimants–Appellees.**

**No. 11–15111.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 16, 2012.

Filed April 4, 2012.

Paul R. Connaghan, Esquire, Connaghan Newberry Law Firm, Las Vegas,

NV, Richard Charles Hopkins, Jr., Esquire, Hopkins Legal Counsel, LLC, Boulder, CO, for Plaintiffs-counter-defendants-Appellants.

James William Blue, Jr., Northern Blue LLP, Chapel Hill, NC, Paul Georgeson, McDonald Carano Wilson, LLP, Reno, NV, for Defendants-counter-claimants-Appellees.

Before: WALLACE and BEA, Circuit Judges, and BENNETT, District Judge.*

## MEMORANDUM **

The district court's judgment is VACATED. The case is REMANDED to the district court to consider whether subject matter jurisdiction exists in this matter. 28 U.S.C. § 1332; *Johnson v. Columbia Prop. Anchorage, LP,* 437 F.3d 894, 899 (9th Cir.2006).

---

* The Honorable Mark W. Bennett, District Judge for the U.S. District Court for Northern Iowa, sitting by designation.

** *This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.*

